IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. BAKER, | No. CIV.S-05-2466 DAD |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted.

/////

1

1       2.  The Clerk of the Court is directed to serve the
2   undersigned's scheduling order in social security cases.
3       3.  The Clerk of the Court is further directed to serve a
4   copy of this order on the United States Marshal.
5       4.  Within fifteen days from the date of this order,
6   plaintiff shall submit to the United States Marshal a completed
7   summons, four copies of the complaint, and a copy of the scheduling
8   order.  Thereafter, plaintiff shall file a statement with the court
9   advising the date upon which said documents were submitted to the
10  United States Marshal.
11      5.  The United States Marshal is directed to serve all
12  process without prepayment of costs not later than sixty days from
13  the date of this order.  Service of process shall be completed by
14  delivering a copy of the summons and complaint to the United States
15  Attorney for the Eastern District of California, and by sending a
16  copy of the summons and complaint by registered or certified mail to
17  the Attorney General of the United States at Washington, D.C.  <u>See</u>
18  Fed. R. Civ. P. 4(i)(1)(A) & (B).  The United States Marshal shall
19  also send a copy of the summons and complaint by registered or
20  certified mail to the Commissioner of Social Security, c/o Office of
21  General Counsel, 6401 Security Boulevard, Room 611, Altmeyer
22  Building, Baltimore, MD 21235.  <u>See</u> Fed. R. Civ. P. 4(i)(2).
23  DATED: December 12, 2005.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/baker2466.ifp